No. 11–10558. WALLACE v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 11–10559. TARPLEY v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 11–10560. TILTON v. MACDONALD, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 11–10562. POPE v. FLORIDA. Dist. Ct. App. Fla., 1st Dist. Certiorari denied.

No. 11–10565. HARPER v. ALLEN. C. A. 4th Cir. Certiorari denied.

No. 11–10566. CONSALVO v. TUCKER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 11–10567. FITCH v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 11–10568. AVALOS CERPAS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 11–10569. HOLLAND v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 11–10570. HAMBY v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 11–10572. SCARNATI v. PENNSYLVANIA OFFICE OF INSPECTOR GENERAL ET AL. C. A. 3d Cir. Certiorari denied.

No. 11–10574. IBARRA-SOTO, AKA IBARRA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 11–10575. HENDRIX v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 11–10576. HARDING v. OSBORN, JUDGE, CIRCUIT COURT OF VIRGINIA, 10TH JUDICIAL CIRCUIT. C. A. 4th Cir. Certiorari denied.